F. W. WOOLWORTH CO. *v.* UNITED STATES

**No. 6798.**—Invoice dated Nottingham, England, March 1945.
Certified March 1945.
Entered at New York, N. Y.; May 3, 1945.
Entry No. 730512.

(Decided January 23, 1947)

*Sharretts & Hillis (Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, and the record in that case has been admitted in evidence herein.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any additions made by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

DANIEL F. YOUNG, INC. *v.* UNITED STATES

**No. 6799.**—Invoice dated London, England, June 12, 1946.
Certified June 13, 1946.
Entered at New York, N. Y., July 24, 1946.
Entry No. 707114.

(Decided January 23, 1947)

*Barnes, Richardson & Colburn (Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

CLINE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.